IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 89-cv-02050-WYD

LARRY WHITE,

    Applicant,

v.

LOU HESSE, and
DUANE WOODWARD, Attorney General of the State of Colorado,

    Respondents.

## ORDER

THIS MATTER is before me on various *pro se* motions filed by Larry White, a prisoner in the custody of the Colorado Department of Corrections and currently incarcerated at the Colorado State Penitentiary in Cañon City, Colorado.  On January 31, 2012, Mr. White filed the following: a Motion to Consolidate this case with Civil Action Nos. 06-cv-01194 and 91-cv-00650 [ECF No. 6], two Motions for Relief from Judgment Pursuant to Rule 60(b)(4) & (6)(d)(3) [ECF No. 4 & 5], and a Motion to File Limited Copies Pursuant to Fed. R. Civ. P. 7 [ECF No. 3].  These motions are identical to motions filed in Civil Action No. 06-cv-01194.  For the reasons set forth in my Order of May 7, 2012 in Case No. 06-cv-01194 [ECF No. 61], the pending motions in this case are **DENIED**.

Dated: May 8, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge